10/23/2008 14:06 FAX 415 433 7104 ROSEN BIEN GALVAN @002
Oct-14-08 09:18am From-BURNHAM BROWN +510 835 6666 T-016 P.003/006 F-164
2:11-cv-02336-JFA Date Filed 10/28/08 Entry Number 118 Page 1 of 4
Case 3:08-cv-01190-SI Document 104 Filed 10/24/2008 Page 1 of 4

1 Sanford Jay Rosen, State Bar No. 62566
2 Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081
3 ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
4 San Francisco, CA 94104
Telephone: (415) 433-6830
5 Facsimile: (415) 433-7104

6 Attorneys for Plaintiffs

7 (Additional Counsel for Plaintiffs on the following page)

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11 SAN FRANCISCO DIVISION

| | |
|---|---|
| 12 | Case Nos. C 08-1190-SI, C 08-1184-SI |
| 13 CLAUDE BRYANT, et al., On behalf of themselves and all employees similarly situated,<br>14<br>15 Plaintiffs,<br>16 v.<br>17 SERVICE CORPORATION INTERNATIONAL, et al.,<br>18<br>19 Defendants. | STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS AND NOTICE OF APPEARANCE OF NEW COUNSEL |
| 20<br>21 WILLIAM HELM, et al. On behalf of themselves and all employees similarly situated,<br>22 Plaintiffs,<br>23 v.<br>24 ALDERWOODS GROUP, INC., et al.<br>25 Defendants. | |

26 PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby

27 subsitute one of their counsel and attorneys of record as in this matter as follows:

28 Former Counsel: Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR  1  Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

```
                Sanford Jay Rosen
                Maria V. Morris
                Lori E. Rifkin
                315 Montgomery Street, Tenth Floor
                San Francisco, CA 94104
                (415) 433-6830

New Counsel:    Burnham Brown
                Robert M. Bodzin
                P.O. Box 119
                Oakland, California 94604-0119
                (510) 444-6800
```

PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

DATED: October 23, 2008             ROSEN, BIEN & GALVAN, LLP

                                    By _____
                                    Sanford Jay Rosen, State Bar No. 62566
                                    Maria V. Morris, State Bar No. 223903
                                    Lori E. Rifkin, State Bar No. 244081

                                    315 Montgomery Street, Tenth Floor
                                    San Francisco, CA 94104
                                    Telephone: (415) 433-6830

DATED: October 23, 2008             BURNHAM BROWN

                                    By _____
                                    Robert M. Bodzin, State Bar No. 201327
                                    P.O. Box 119
                                    Oakland, CA 94604-0119
                                    Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR          2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

1  Additional Counsel for Plaintiffs

2  J. Nelson Thomas, NY Attorney No. 2579159
   Patrick J. Solomon, NY Attorney No. 2716660
3  Annette Gifford, NY Attorney No. 4105870
   DOLIN, THOMAS & SOLOMON LLP
4  693 East Avenue
   Rochester, NY 14607
5  Telephone: (585) 272-0540
   Facsimile: (585) 272-0574
6
   Charles H. Saul, PA State Bar No. 19938
7  MARGOLIS EDELSTEIN
   525 William Penn Place, Suite 3300
8  Pittsburgh, PA 15219
   Telephone: (412) 281-4256
9  Facsimile: (412) 642-2380

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP OF SUBSTITUTION OF COUNSEL FOR    4    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2
3  DATED: October ___, 2008

*[signature: Susan Illston]*
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT