1 STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
2 NICHOLAS P. FORESTIERE, SB# 125118
GURNEE & DANIELS LLP
3 2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
4 Telephone    (916) 797-3100
Facsimile    (916) 797-3131
5
Attorneys for Defendants
6 ALDERWOODS GROUP, INC., PAUL HOUSTON
SERVICE CORPORATION INTERNATIONAL,
7 SCI FUNERAL AND CEMETERY PURCHASING
COOPERATIVE, INC., SCI EASTERN MARKET
8 SUPPORT CENTER, L.P., SCI WESTERN MARKET
SUPPORT CENTER, L.P., and SCI HOUSTON
9 MARKET SUPPORT CENTER, L.P.

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC., PAUL A. HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P., a/k/a SCI WESTERN MARKET SUPPORT CENTER, INC., and SCI HOUSTON MARKET SUPPORT CENTER, L.P.<br><br>Defendants. | No. CV 08-01184 SI<br><br>**[PROPOSED] ORDER PERMITTING WITHDRAWAL OF DEFENDANTS' MOTIONS TO STAY AND DISMISS ACTION PENDING FURTHER PERSONAL JURISDICTION DISCOVERY** |

[PROPOSED] ORDER PERMITTING WITHDRAWAL OF DEFENDANTS' MOTIONS
TO STAY AND DISMISS
Case No.: CV 08-01184 SI

1

1  Pursuant to the Stipulation of counsel and good cause appearing, Defendants shall withdraw
2  their Motions to Stay and Motions to Dismiss (Docket Nos. 95, 99, 106 and 109), without
3  prejudice to re-file them at a later date to be determined by the Court pursuant to a schedule for
4  completion of personal jurisdiction discovery and for hearing Defendants Motions to Stay and
5  Dismiss, which will be established by the Court at the time of the March 20, 2009 hearing on
6  Plaintiffs' anticipated Motion to Compel. Plaintiffs shall not attempt to take the defaults of any of
7  the Defendants in this matter as a result of their withdrawal of the above-referenced Motion to Stay
8  and Motions to Dismiss.

**IT IS SO ORDERED.**

Dated:_____       _____
                                    Honorable Susan Illston
                                    United States District Court

[PROPOSED] ORDER PERMITTING WITHDRAWAL OF DEFENDANTS' MOTIONS
TO STAY AND DISMISS                                                                 2
Case No.: CV 08-01184 SI