1   STEVEN H. GURNEE, ESQ. SB# 66056
    DAVID M. DANIELS, ESQ. SB# 170315
2   NICHOLAS P. FORESTIERE, SB# 125118
    GURNEE & DANIELS LLP
3   2240 Douglas Boulevard, Suite 150
    Roseville, CA 95661-3805
4   Telephone    (916) 797-3100
    Facsimile    (916) 797-3131
5
    Attorneys for Defendants
6   ALDERWOODS GROUP, INC.

7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM HELM, DEBORAH PRISE,          )  No. CV 08-01184 SI
    HEATHER P. RADY, et al., on behalf of  )
12  themselves and all other employees and former )
    employees similarly situated,         )
13                                          )  **[PROPOSED] ORDER CONTINUING
                                            )  DATE FOR CASE MANAGEMENT
14              Plaintiffs,                 )  CONFERENCE**
                                            )
15      vs.                                 )
                                            )
16  ALDERWOODS GROUP, INC.,                 )
                                            )
17              Defendants.                 )
                                            )
18  _____ )

19
            Pursuant to the Stipulation of counsel and good cause appearing, the September 10, 2010
20
    date for the Case Management Conference in this matter is hereby vacated and the Case
21
    Management Conference is continued to Friday, October 1, 2010 at 3:00 p.m. in Department 10 of
22
    this Court.
23
            **IT IS SO ORDERED.**
24

25  Dated:_____

26                                          _____
                                            Honorable Susan Illston
27                                          United States District Court

28
    [PROPOSED] ORDER CONTINUING DATE FOR
    CASE MANAGEMENT CONFERENCE                                                          1
    Case No.: CV 08-01184 SI