```
 1  STEVEN H. GURNEE, ESQ. SB# 66056
    NICHOLAS P. FORESTIERE, ESQ. SB#125118
 2  JOHN A. MASON, ESQ. SB# 166996
    GURNEE & DANIELS LLP
 3  2240 Douglas Boulevard, Suite 150
    Roseville, CA  95661-3805
 4  Telephone     (916) 797-3100
    Facsimile     (916) 797-3131
 5
    Attorneys for Defendants
 6  ALDERWOODS GROUP, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, | ) ) ) ) ) | No. CV 08-01184 SI |
|---|---|---|
| Plaintiffs, | ) ) | [~~PROPOSED~~] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE |
| vs. | ) ) | |
| ALDERWOODS GROUP, INC., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1.  The date for the further Case Management Conference in this matter, previously set for July 15, 2011, is continued to **September 23, 2011 at 3:00 p.m.**

////

////

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.: CV 08-01184 SI

1

| | |
|---|---|
| 1 | **IT IS SO ORDERED:** |
| 2 | |
| 3 | Dated: 7/25/11 |

_____
Honorable Susan Illston
United States District Court

| |
|---|
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.: CV 08-01184 SI

2